IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LETWAON HARMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 03-362-GPM |
| | ) |
| JACK ASHBY, DENNY BRYANT, DANIEL | ) |
| DUNN, JAMES TAYLOR, and GEORGE | ) |
| WELBORN, | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

    This matter is before the Court on Defendants' objection to the May 30, 2006, Order entered by Magistrate Judge Philip M. Frazier denying their motion for sanctions for Plaintiff's failure to appear at his deposition.[1] This Court fully agrees with Judge Frazier that four days was insufficient notice of the deposition. However, dismissal of this action is warranted for another reason. Plaintiff has been cautioned several times that failure to fulfill his obligation to keep this Court apprised of any change in his address would result in dismissal of this action under Federal Rule of Civil Procedure 41(b) (*see* Docs. 4, 14). According to Defendants, Plaintiff has been released from incarceration and currently is on parole. Plaintiff has not updated his address in the Court file to reflect this change. Moreover, Plaintiff's copy of Judge Frazier's May 30th Order was returned to the Court on June 6, 2006, as undelivered (Doc. 17). Because Plaintiff has failed to prosecute this

---

    [1]The Court has corrected Plaintiff's mis-spelling of Defendants' names consistent with Defendants' answer (*see* Doc. 12).

action by keeping this Court informed of his whereabouts so that he may receive orders and notices entered by the Court and because Plaintiff has failed to comply with an order of the Court directing him to do so, this action is dismissed with prejudice pursuant to Rule 41(b).

For the foregoing reasons, Defendants' objection to Judge Frazier's May 30th Order (Doc. 18) is **overruled in part and sustained in part**. Pursuant to Rule 41(b), this action is **DISMISSED with prejudice** for failure to prosecute and failure to comply with an order of the Court.

**IT IS SO ORDERED.**

DATED: 06/13/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge