**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **LETWAON HARMON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL NO.  03-362-GPM** |
| ) | |
| **JACK   ASHBY,   DENNY   BRYANT,** ) | |
| **DANIEL DUNN, JAMES TAYLOR, and** ) | |
| **GEORGE WELBORN,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on Defendants' objection

to the May 30, 2006, Order issued by United States Magistrate Judge Philip M. Frazier denying

Defendants' motion for sanctions.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, **LETWAON HARMON**, take

nothing and that this action is dismissed on the merits.

**DATED**:  06/13/06

NORBERT G. JAWORSKI, CLERK


By:  s/ Linda M. Cook
              Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
              G. PATRICK MURPHY
              CHIEF U.S. DISTRICT JUDGE